QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814          **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
NANCY JO GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0366 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| NANCY JO GRAY, ) | Date: November 17, 2005 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of November 17, 2005 be vacated and a new date of December 15, 2005 at 10:00 a.m. be set for status.

Defense counsel is awaiting additional discovery that will assist in determining Ms. Gray's possible sentencing exposure. In addition, counsel needs time to investigate Ms. Gray's background and to discuss the legal and factual issues involved with her.

It is further stipulated and agreed between the parties that the period beginning November 17, 2005 to December 15, 2005, should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated:   November 15, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

                                        /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        NANCY JO GRAY


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:   November 15. 2005
                                        /S/ ELLEN ENDRIZZI
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorney

                                     **ORDER**

    **IT IS SO ORDERED.**

DATED: 11/21/2005


                                        DAVID F. LEVI
                                        United States District Judge