```
QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```
**OK/HAV**

Attorney for Defendant
NANCY JO GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-0366 DFL |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) ) | |
| NANCY JO GRAY, | ) ) | Date: December 15, 2005 Time: 10:00 A.M. |
| | ) ) | Judge: Hon. David F. Levi |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of December 15, 2005 be vacated and a new date of January 26, 2006 at 10:00 a.m. be set for status.

    Defense counsel is awaiting documents it has requested from various agencies regarding Ms. Gray's background and is preparing information to provide to the government with the goal of reaching a disposition in this matter.

    It is further stipulated and agreed between the parties that the period beginning December 15, 2005 to January 26, 2006, should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: December 12, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

　　　　/S/NED SMOCK　　　　
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
NANCY JO GRAY

MCGREGOR W. SCOTT
United States Attorney

Dated: December 12, 2005

　　　　/S/ ELLEN ENDRIZZI　　　
ELLEN ENDRIZZI
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: 12/13/2005

_____
DAVID F. LEVI
United States District Judge

2