```
DENNIS WAKS, Bar # 142581
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```
**OK/HAV**

Attorney for Defendant
NANCY JO GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0366 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| NANCY JO GRAY, ) | Date: February 23, 2006 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 26, 2006 be vacated and a new date of February 23, 2006 at 10:00 a.m. be set for status.

Defense counsel is working with a mental health expert and is preparing information to provide to the government with the goal of reaching a disposition in this matter.

It is further stipulated and agreed between the parties that the period beginning January 26, 2006 to February 23, 2006, should be excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

January 23, 2006

                                          Respectfully submitted,

                                          DENNIS WAKS
                                          Acting Federal Defender

                                              /S/NED SMOCK
                                          NED SMOCK
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          NANCY JO GRAY

                                          MCGREGOR W. SCOTT
                                          United States Attorney

Dated:  January 23, 2006
                                          /S/ ELLEN ENDRIZZI
                                          ELLEN ENDRIZZI
                                          Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: 1/24/2006

                                          DAVID F. LEVI
                                          United States District Judge