DANIEL BRODERICK, Bar # 89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NANCY JO GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-0366 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| NANCY JO GRAY, | ) | Date: March 23, 2006 |
| | ) | Time: 10:00 A.M. |
| | ) | |
| | ) | Judge: Hon. David F. Levi |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of February 23, 2006 be vacated and a new date of March 23, 2006 be set for status.

Defense counsel is preparing detailed mental health information to provide to the government with the goal of reaching a disposition in this matter. Defense counsel needs additional time to work with the retained expert and discuss any proposed disposition with the defendant.

It is further stipulated and agreed between the parties that the

period beginning February 23, 2006 to March 23, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

February 17, 2006

                      Respectfully submitted,

                      DANIEL BRODERICK
                      Acting Federal Defender

                        /S/NED SMOCK
                      NED SMOCK
                      Assistant Federal Defender
                      Attorney for Defendant
                      NANCY JO GRAY

                      MCGREGOR W. SCOTT
                      United States Attorney

Dated:  February 17, 2006
                        /S/ ELLEN ENDRIZZI
                      ELLEN ENDRIZZI
                      Assistant U.S. Attorney

                      **ORDER**

    **IT IS SO ORDERED.**

DATED: 2/17/2006

                      DAVID F. LEVI
                      United States District Judge