DANIEL BRODERICK, Bar # 89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700     **OK/HAV**


Attorney for Defendant
NANCY JO GRAY


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-0366 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| NANCY JO GRAY, | ) | Date: April 6, 2006 |
| | ) | Time: 10:00 A.M. |
| | ) | |
| | ) | Judge: Hon. David F. Levi |
| Defendant. | ) | |

_____

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of March 23, 2006 be vacated and a new date of April 6, 2006 at 10:00 a.m. be set for status.

    Defense counsel is presenting a detailed report to the government regarding the defendant's background and mental health.  Defense counsel needs additional time to present this information to the government and ultimately discuss any proposed disposition with the defendant.  It is hoped that a disposition will be agreed upon by April 6, 2006.

It is further stipulated and agreed between the parties that the period beginning March 23, 2006 to April 6, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

March 21, 2006

                              Respectfully submitted,

                              DANIEL BRODERICK
                              Acting Federal Defender


                                   /S/NED SMOCK
                              NED SMOCK
                              Assistant Federal Defender
                              Attorney for Defendant
                              NANCY JO GRAY


                              MCGREGOR W. SCOTT
                              United States Attorney

Dated:  March 21, 2006
                                   /S/ ELLEN ENDRIZZI
                              ELLEN ENDRIZZI
                              Assistant U.S. Attorney

                              **ORDER**

    **IT IS SO ORDERED.**

DATED: 3/26/2006



                              _____
                              DAVID F. LEVI
                              United States District Judge