DANIEL BRODERICK, Bar # 89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700          **OK/HAV**


Attorney for Defendant
NANCY JO GRAY


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0366 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| NANCY JO GRAY, ) | Date: June 8, 2006 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of April 6, 2006 be vacated and a new date of June 8, 2006 at 10:00 a.m. be set for change of plea.

Defense counsel has presented a detailed report to the government regarding the defendant's background and mental health.  The government has proposed a disposition and will be drafting a proposed plea agreement.  That proposed agreement must be discussed with the defendant.  Defense counsel will be unavailable due to a trial and long-scheduled vacation on the days the court will be in session until

June 8, 2006.  The parties expect that there will be a change of plea on that date.

It is further stipulated and agreed between the parties that the period beginning April 6, 2006 to June 8, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation and continuity of counsel.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

April 5, 2006                          Respectfully submitted,

                                       DANIEL BRODERICK
                                       Acting Federal Defender


                                            /S/NED SMOCK
                                       NED SMOCK
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       NANCY JO GRAY


                                       MCGREGOR W. SCOTT
                                       United States Attorney

Dated:  April 5, 2006
                                            /S/ ELLEN ENDRIZZI
                                       ELLEN ENDRIZZI
                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED:__4/6/2006_____

                    /s/ David F. Levi_____
                         HONORABLE DAVID F. LEVI
                         Chief District Court Judge

2