DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                          **OK/HAV**


Attorney for Defendant
NANCY JO GRAY


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-0366 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| NANCY JO GRAY, | ) | Date: June 29, 2006 |
| | ) | Time: 10:00 A.M. |
| | ) | |
| | ) | Judge: Hon. David F. Levi |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of June 8, 2006 be vacated and a new date of June 29, 2006 be set for status/change of plea.

The parties are negotiating a disposition based upon information provided to the government about the defendant.  In addition, the defense needs additional time to perform investigation.  Once an agreement is reached and a plea agreement is drafted, that proposed agreement must be discussed with the defendant.

It is further stipulated and agreed between the parties that the

period beginning June 8, 2006 to June 29, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation and continuity of counsel.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

June 6, 2006                                   Respectfully submitted,

                                               DANIEL BRODERICK
                                               Federal Defender


                                                   /S/NED SMOCK
                                               NED SMOCK
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               NANCY JO GRAY


                                               MCGREGOR W. SCOTT
                                               United States Attorney

Dated:  June 6, 2006
                                                   /S/ ELLEN ENDRIZZI
                                               ELLEN ENDRIZZI
                                               Assistant U.S. Attorney

                           **ORDER**

    **IT IS SO ORDERED.**

DATED: 6/8/2006


                               _____
                               DAVID F. LEVI
                               United States District Judge

2