```
1   DANIEL BRODERICK, Bar # 89424
    Federal Defender
2   NED SMOCK, Bar # 236238
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700                    OK/HAV
5
    Attorney for Defendant
6   NANCY JO GRAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )  No. CR-S-05-0366 DFL
                              )
         Plaintiff,           )
                              )  STIPULATION AND ORDER
    v.                        )
                              )
NANCY JO GRAY,                )  Date: August 3, 2006
                              )  Time: 10:00 A.M.
                              )
                              )  Judge: Hon. David F. Levi
         Defendant.           )
_____
```

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current status conference date of June 29, 2006 be vacated and a new date of August 3, 2006 at 10:00 a.m. be set for status/change of plea.

The government recently provided a proposed plea agreement to the defense. Defense counsel needs time to review that agreement with the defendant and discuss her options. It is expected that a change of plea will be entered on August 3.

It is further stipulated and agreed between the parties that the period beginning June 29, 2006 to August 3, 2006 should be excluded in

1 computing the time within which the trial of the above criminal
2 prosecution must commence for purposes of the Speedy Trial Act for
3 defense preparation and continuity of counsel.  All parties stipulate
4 and agree that this is an appropriate exclusion of time within the
5 meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local
6 Code T4).

7

8 June 27, 2006                         Respectfully submitted,

9                                       DANIEL BRODERICK
                                        Federal Defender
10

11                                          /S/NED SMOCK
                                        NED SMOCK
12                                      Assistant Federal Defender
                                        Attorney for Defendant
13                                      NANCY JO GRAY

14
                                        MCGREGOR W. SCOTT
15                                      United States Attorney

16 Dated:  June 27, 2006
                                           /S/ ELLEN ENDRIZZI
17                                      ELLEN ENDRIZZI
                                        Assistant U.S. Attorney
18

19                                   **ORDER**

20     **IT IS SO ORDERED.**

21 DATED: 6/29/2006

22

23
                                        _____
24                                      DAVID F. LEVI
                                        United States District Judge
25

26

27

28

2