1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN CUSICK, Bar #185395
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   NANCY JO GRAY

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,      )  NO. CR. S. 05-366 JAM
                                  )
14           Plaintiff,           )  **STIPULATION FOR ORDER EXTENDING**
                                  )  **DATE FOR SELF-SURRENDER; ORDER**
15      v.                        )
                                  )
16 NANCY JO GRAY,                 )  Judge: Hon. John A. Mendez
                                  )
17           Defendant.           )
                                  )
18 _____  )

19      Defendant, through counsel, hereby requests an extension of her
20 self-surrender date one week from August 24, 2009 to August 31, 2009 at
21 2:00 p.m.  The United States does not oppose this request.
22      Ms. Gray seeks an extension of time to self-surrender because she
23 is the legal guardian of her son, and needs to sign the paperwork
24 necessary to enroll him in school and give him permission to
25 participate in school activities. Because he starts school next week,
26 Ms. Gray requests that her surrender date be moved to allow her to
27 ensure that her son is properly enrolled and registered in school.

1 Based upon the foregoing, the parties stipulate and request that
2 this Court enter an Order extending the self-surrender date to August
3 31, 2009, at 2:00 p.m.

4

5 Dated: August 21, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender

LAWRENCE G. BROWN
United States Attorney

/S/ Lauren Cusick
Lauren Cusick for
ELLEN ENDRIZZI
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The date of August 24, 2009 for self-surrender is vacated.  The new date of August 31, 2009 at 2:00 p.m. is set for self-surrender.

DATED: August 21, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

2